**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Larry D. Mueller, 02cv259 (JEL/JGL)

Plaintiff,

v. **ORDER FOR DISMISSAL**

Minnesota Valley Country Club, Inc.,

Defendant.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: November 15, 2002.

JOAN E. LANCASTER, Judge
United States District Court

NOV 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS